**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                      RE:    Artemio HEREDIA
                              Docket Number:  1:00CR05209-06 OWW
                              **PERMISSION TO TRAVEL**
                              **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to the Republic of Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On December 3, 2001, Artemio Heredia was sentenced for the offense(s) of Distribution of Methamphetamine and Aiding and Abetting.

**Sentence imposed:**  57 months Bureau of Prisons; 36 months supervised release; $100 special assessment.

**Dates and Mode of Travel:**  Departing March 26, 2008, and returning April 13, 2008.  Traveling by personal vehicle, 1999 BMW 323I, license 4FSW944.

**Purpose:**  Getting married.  Mr. Heredia's parents and fiancee will be traveling with him.

**RE:   Artemio HEREDIA**
**      Docket Number:   1:00CR05209-006**
**      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

                    Respectfully Submitted,

                    /s/ Thomas A. Burgess

                    **THOMAS A. BURGESS**
                    **Senior United States Probation Officer**

**DATED:**   February 25, 2008
            Bakersfield, California
            TAB:ks


**REVIEWED BY:**     /s/ Rick C. Louviere
                    **RICK C. LOUVIERE**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____

IT IS SO ORDERED.

**Dated:   February 27, 2008**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2
Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG